**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00371-CR

### GEORGE GUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F90-20083-W**

## ORDER

The Court **GRANTS** appellant's September 6, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on September 6, 2013 filed as of the date of this order.

We **GRANT** appellant's September 6, 2013 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of the warrants issued on February 20, 1992; July 23, 1999; February 10, 2003; April 21, 2003; June 30, 2003; and December 12, 2012.

Additionally, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
        JUSTICE